IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARIO ALEXANDER COURTNEY                                                            PLAINTIFF

v.                                         Case No. 4:21-cv-04027

BRANDON D. HENRY, Parole/Probation Officer;
SHERIFF JAMES SINGLETON,
Hempstead County, Arkansas;
SERGEANT JUSTIN HICKEY; and
OFFICER JOHNATHAN WEEVER, JR.                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 4, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends the following:

1. Claim One against Defendant Brandon D. Henry, in both his individual and official capacities, be **DISMISSED WITHOUT PREJUDICE**;

2. Claim Two against Defendant James Singleton, in both his individual and official capacities, be **DISMISSED WITHOUT PREJUDICE**;

3. Claim Three against Defendants Hickey and Weever in their individual capacities **PROCEED** with service of the complaint on these two Defendants; and

4. Claim Three against Defendants Hickey and Weever in their official capacities be **DISMISSED WITHOUT PREJUDICE**.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 10) *in*

*toto*. The above-mentioned claims will be **DISMISSED WITHOUT PREJUDICE**, and the individual capacity claims against Defendants Hickey and Weever will **PROCEED**.

**IT IS SO ORDERED**, this 7th day of June, 2021.

/s/ Susan O. Hickey<br>
Susan O. Hickey<br>
Chief United States District Judge